AB:MG/MS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GIUSEPPE GALATIOTO,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT IN SUPPORT
OF REMOVAL TO THE
MIDDLE DISTRICT OF
FLORIDA

(Fed. R. Crim. P. 5)

Case No. 22-MJ-496

EASTERN DISTRICT OF NEW YORK, SS:

Pablo Huerta, being duly sworn, deposes and states that he is a Special Agent with

the United States Department of Homeland Security, Homeland Security Investigations ("HSI"),

duly appointed according to law and acting as such.

On or about July 23, 2021, the United States District Court for the Middle District

of Florida issued an arrest warrant commanding the arrest of defendant GIUSEPPE

GALATIOTO for attempting to export items contrary to the Export Control Reform Act in

violation of 50 U.S.C. § 4819 and for delivering a firearm or ammunition to a common or

contract carrier without written notice in violation of 18 U.S.C. § 922(e).

The source of your deponent's information and the grounds for his belief are as

follows:[1]

       1.     On or about July 22, 2021, the defendant GIUSEPPE GALATIOTO was

indicted by a grand jury sitting in the Middle District of Florida.   The two-count indictment

---

[1]     Because the purpose of this Complaint is to set forth only those facts necessary to
establish probable cause to arrest, I have not described all the relevant facts and circumstances of
which I am aware.

charges the defendant GIUSEPPE GALATIOTO with one count of attempting to export items contrary to the Export Control Reform Act in violation of 50 U.S.C. § 4819 and one count of delivering a firearm or ammunition to a common or contract carrier without written notice in violation of 18 U.S.C. § 922(e). A true and correct copy of this indictment is attached as Exhibit A.

2. On or about July 23, 2021, the United States District Court for the Middle District of Florida issued an arrest warrant commanding the arrest of defendant GIUSEPPE GALATIOTO for violations of 50 U.S.C. § 4819 and 18 U.S.C. § 922(e). A true and correct copy of the arrest warrant is attached hereto as Exhibit B.

3. On or about May 2, 2022, the defendant GIUSEPPE GALATIOTO was arrested at John F. Kennedy Airport ("JFK") after deplaning inbound flight ITA 608 from Italy. The defendant GIUSEPPE GALATIOTO presented his passport. The name and birthdate on the passport matched the name and birthdate of the individual wanted in the Middle District of Florida. The defendant GIUSEPPE GALATIOTO also had in his possession a California senior citizen identification card and a North Carolina driver's license. The name and birthdate on each state identification matched the name and birthdate of the individual wanted in the Middle District of Florida. The defendant GIUSEPPE GALATIOTO also responded to the name of the individual wanted in the Middle District of Florida. Finally, the social security number of the defendant GIUSEPPE GALATIOTO matched the social security number of the individual wanted in the Middle District of Florida.

4. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the GIUSEPPE GALATIOTO wanted in the Middle District of Florida.

WHEREFORE, your deponent respectfully requests that the defendant

GIUSEPPE GALATIOTO be removed to the Middle District of Florida so that he may be dealt

with according to law.

Pablo Huerta
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
30 day of May, 2022

THE HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# Exhibit A

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

'21 JUL 22 PM 3: 26

UNITED STATES OF AMERICA

v.

GIUSEPPE GALATIOTO

CASE NO. 8:21 cr 239  WFJ - CPT
50 U.S.C. § 4819
18 U.S.C. § 922(e)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about April 2, 2020, in the Middle District of Florida, the defendant,

GIUSEPPE GALATIOTO,

did knowingly and willfully attempt to export commodities, namely, a Taurus .380 caliber pistol bearing serial number 1F127705, a Taurus .38 special caliber pistol bearing serial number MB46542, two .380 caliber magazines, 50 rounds of .380 caliber ammunition, and 50 rounds of .38 special caliber ammunition, from the United States to Italy without having first obtained a license for such export from the United States Department of Commerce.

In violation of 50 U.S.C. §§ 4819(a)(1), 4819(a)(2)(A) and (C), and 4819(b), and 15 C.F.R. §§ 736.2(b)(1), 742.4 and 742.6.

## COUNT TWO

On or about April 2, 2020, in the Middle District of Florida, the defendant,

GIUSEPPE GALATIOTO,

did knowingly and willfully deliver and cause to be delivered to a common and

contract carrier for transportation and shipment in interstate and foreign commerce,

to a person other than a licensed importer, manufacturer, dealer, or collector, a

container in which there was a firearm and ammunition, namely, a Taurus .380

caliber pistol bearing serial number 1F127705, a Taurus .38 special caliber pistol

bearing serial number MB46542, 50 rounds of .380 caliber ammunition, and 50

rounds of .38 special caliber ammunition, all without written notice to the carrier

that such firearms and ammunition were being transported and shipped.

In violation of 18 U.S.C. §§ 922(e) and 924(a)(1)(D).

## <u>FORFEITURE</u>

1.      The allegations contained in this Indictment are hereby realleged and

incorporated by reference for the purpose of alleging forfeitures pursuant to the

provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 50 U.S.C. § 4819(d).

2.      Upon conviction of a violation of 50 U.S.C. § 4819, the defendant,

GIUSEPPE GALATIOTO,

shall forfeit to the United States, pursuant to 50 U.S.C. § 4819(d), any property used

or intended to be used, in any manner, to commit or facilitate the violation; any

property constituting or traceable to the gross proceeds taken, obtained, or retained,

in connection with or as a result of the violation; and any property constituting an

item or technology that is exported or intended to be exported in violation of 50

U.S.C. Ch. 1, Sub Ch. I.

2

3.     Upon conviction of a violation of 18 U.S.C. § 922(e), the defendant

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §

2461(c), any firearm or ammunition involved in or used in the offense.

4.     The property to be forfeited includes, but is not limited to, the

following:

      a.     A Taurus .380 caliber pistol bearing serial number 1F127705;

      b.     A Taurus .38 special caliber pistol bearing serial number
           MB46542;

      c.     Two .380 caliber magazines; and

      d.     50 rounds of .380 caliber ammunition and 50 rounds of .38
           special caliber ammunition.

5.     If any of the forfeitable assets described above, as a result of any act or

omission of the defendant:

      (a)     cannot be located upon the exercise of due diligence;

      (b)     has been transferred or sold to, or deposited with, a third person;

      (c)     has been placed beyond the jurisdiction of the Court;

      (d)     has been substantially diminished in value; or

      (e)     has been commingled with other property which cannot be
           subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

under the provisions of 21 U.S.C. § 853(p), as incorporated by 50 U.S.C. § 4819(d)(2)

and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By:

FOR

_____
Patrick D. Scruggs
Assistant United States Attorney

By:

_____
Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security and Cybercrime Section

4

FORM OBD-34
July 21

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## GIUSEPPE GALATIOTO

### INDICTMENT

Violations: 50 U.S.C. § 4819
18 U.S.C. § 922(e)

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of July 2021.

_____
Clerk

Bail $

GPO 863 525

# Exhibit B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | |
| v. | ) | Case No. 8:21 cr 239 WFJ - CPT |
| | ) | |
| | ) | |
| GIUSEPPE GALATIOTO | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     GIUSEPPE GALATIOTO                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Attempting to export items contrary to the Export Control Reform Act, in violation of 50 U.S.C. § 4819.

Delivering a firearm or ammunition to a common or contract carrier without written notice, in violation of 18 U.S.C. § 922 (e).

Date:   7-23-2021

City and state:   Tampa, Florida

*Issuing officer's signature*

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____            _____
                                  *Arresting officer's signature*

_____
*Printed name and title* |